

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2015

No. 04-15-00019-CV

**R.J. SKYE FOUNDATION, LLC**, et al.,
Appellant

v.

Wallace B. **JEFFERSON**, et al.,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-19776
Honorable John D. Gabriel, Jr., Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION. Costs of this appeal are taxed against Appellant Roman Gondorz.

It is so **ORDERED** on February 11, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2015.

_____
Keith E. Hottle, Clerk